Jacob M. Weisberg, SBN 049065
THE LAW OFFICE OF JACOB M. WEISBERG
844 N. Van Ness Avenue
Fresno, CA 93728
Telephone: (559) 441-0201
Facsimile: (559) 442-3164

Attorney for Plaintiff: KRISTEE CHANDLER

# UNITED STATED DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTEE CHANDLER,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA STOCKMEN BANK, DAVE McMAHON, MARK ULIBARRI, BILL KITCHEN, and GINNY HOPPER,<br><br>Defendants. | CASE NO. 1:07-CV-00981 OWW GSA<br><br>**STIPULATION AND ORDER TO AMEND SCHEDULING CONFERENCE ORDER**<br><br>Current Expert Disclosure Date: 1/2/09<br>Current Rebuttal Expert Disclosure Date: 2/2/09 |

The parties hereto, through their respective counsel, stipulate that the Disclosure of Expert Witnesses currently due on or before January 2, 2009, be filed on March 2, 2009, and that the Supplemental Rebuttal Disclosures currently due on February 2, 2009 be filed on March 23, 2009.

The parties believe that it would be more appropriate to disclose expert witnesses after the end of non-expert discovery.

-1-

PDF created with pdfFactory trial version www.pdffactory.com

1  Dated: December 30, 2008        LAW OFFICE OF JACOB M. WEISBERG

2

3                                  By:  /s/ Jacob M. Weisberg
                                   Jacob M. Weisberg, Attorney for Plaintiff,
4                                  KRISTEE CHANDLER

5

6  Dated: December 30, 2008        EPSTEIN, BECKER & GREEN, P.C.

7
                                   By:  /s/ Matthew A. Goodin
8                                  Matthew A. Goodin, Attorney for Defendants,
                                   CALIFORNIA STOCKMEN BANK,
9                                  DAVE McMAHON, MARK ULIBARRI,
                                   BILL KITCHEN and GINNY HOPPER
10

11

12                                 **ORDER**

13  **GOOD CAUSE APPEARING, IT IS SO ORDERED.**

14  DATED:   December 31, 2008

15                                 /s/ OLIVER W. WANGER
                                   United States District Judge
16

-2-

PDF created with pdfFactory trial version www.pdffactory.com