Steven R. Blackburn, State Bar No. 154797
Matthew A. Goodin, State Bar No. 169674
EPSTEIN BECKER & GREEN, P.C.
One California Street, 26th Floor
San Francisco, California 94111-5427
Telephone:    415.398.3500
Facsimile:    415.398.0955
sblackburn@ebglaw.com
mgoodin@ebglaw.com

Attorneys for Defendants
NATIONAL BANK OF ARIZONA (as successor in interest to California Stockmen's Bank), DAVE MCMAHON, MARK ULIBARRI, BILL KITCHEN, AND GINNY HOPPER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTEE CHANDLER,<br><br>            Plaintiff,<br><br>    v.<br><br>CALIFORNIA STOCKMEN BANK, DAVE McMAHON, MARK ULIBARRI, BILL KITCHEN and GINNY HOPPER,<br><br>            Defendants. | CASE NO. 1:07-CV-00981-OWW GSA<br><br>**STIPULATION OF ENTRY OF DISMISSAL OF MARK ULIBARRI, WILLIAM KITCHEN, VIRGINIA HOPPER AND DAVE McMAHON**<br><br>Honorable<br>Dept:<br><br>Complaint Filed:  July 10, 2007<br>Trial Date:          July 21, 2009 |

STIPULATION OF ENTRY OF DISMISSAL
Case No. 1:07-CV-00981-OWW GSA

The parties hereby stipulate to dismiss the entire action as to Defendants Mark Ulibarri, William Kitchen, Virginia Hopper, and Dave McMahon only, each side to bear their own fees and costs.

DATED: April 29, 2009          EPSTEIN BECKER & GREEN, P.C.

By:   /s/ Matthew A. Goodin
       Steven R. Blackburn
       Matthew A. Goodin
       Attorneys for Defendant
       NATIONAL BANK OF ARIZONA (as successor in interest to California Stockmen's Bank), DAVE MCMAHON, MARK ULIBARRI, BILL KITCHEN, AND GINNY HOPPER

DATED: April 29, 2009          LAW OFFICE OF JACOB WEISBERG

By:   /s/ Jacob M. Weisberg
       Jacob M. Weisberg,
       Attorney for Plaintiff
       Kristee Chandler

**ORDER**

**GOOD CAUSE APPEARING, IT IS SO ORDERED.**

DATED:6/6/2009

/s/ OLIVER W. WANGER
United States District Judge

- 2 -

STIPULATION OF ENTRY OF DISMISSAL
Case No. 1:07-CV-00981-OWW GSA

PDF created with pdfFactory trial version www.pdffactory.com