Steven R. Blackburn, State Bar No. 154797
Matthew A. Goodin, State Bar No. 169674
EPSTEIN BECKER & GREEN, P.C.
One California Street, 26th Floor
San Francisco, California 94111-5427
Telephone:    415.398.3500
Facsimile:    415.398.0955
sblackburn@ebglaw.com
mgoodin@ebglaw.com

Attorneys for Defendants
NATIONAL BANK OF ARIZONA (as successor in
interest to California Stockmen's Bank), DAVE
MCMAHON, MARK ULIBARRI, BILL KITCHEN,
AND GINNY HOPPER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTEE CHANDLER,<br><br>          Plaintiff,<br><br>     v.<br><br>CALIFORNIA STOCKMEN BANK, DAVE McMAHON, MARK ULIBARRI, BILL KITCHEN and GINNY HOPPER,<br><br>          Defendants. | CASE NO. 1:07-CV-00981-OWW GSA<br><br>**STIPULATION OF ENTRY OF DISMISSAL OF NATIONAL BANK OF ARIZONA AND ORDER**<br><br>Honorable<br>Dept:<br><br>Complaint Filed:  July 10, 2007<br>Trial Date:          July 21, 2009 |

On April 16, 2009, a Settlement Agreement and General Release was made and entered into by and between Kristee Chandler, (hereinafter "Plaintiff") and Defendants California Stockmen Bank, Dave McMahon, Mark Ulibarri, Bill Kitchen and Ginny Hopper (hereinafter "Defendants").

In accordance with the provision of the Settlement Agreement, IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRP 41(a)(1), and that each party will bear their own attorney's fees and costs.

DATED:  June 10, 2009                    EPSTEIN BECKER & GREEN, P.C.

By:    /s/ Matthew A. Goodin
Steven R. Blackburn
Matthew A. Goodin
Attorneys for Defendant
NATIONAL BANK OF ARIZONA (as successor in interest to California Stockmen's Bank), DAVE MCMAHON, MARK ULIBARRI, BILL KITCHEN, AND GINNY HOPPER

DATED:  June 10, 2009                    LAW OFFICE OF JACOB WEISBERG

By:    /s/ Jacob M. Weisberg
Jacob M. Weisberg,
Attorney for Plaintiff
KRISTEE CHANDLER

**ORDER**

**GOOD CAUSE APPEARING, IT IS SO ORDERED.**

DATED: JUNE 9, 2009

/s/ OLIVER W. WANGER
United States District Judge

- 2 -

STIPULATION OF ENTRY OF DISMISSAL
Case No. 1:07-CV-00981-OWW GSA

PDF created with pdfFactory trial version www.pdffactory.com